2 to cr w/o

35
4-9-01
sc

# ORIGINAL

### THE UNITED STATES DISTRICT COURT
### Middle District of Pennsylvania
### Harrisburg, PA

| | |
|---|---|
| Yan SHAO | No. 1:00 CV 1901 |
| | (JUDGE Rambo) |
| Plaintiff, | |
| | **FILED** |
| v. | APR 0 6 2001 |
| | PER _____ |
| Edward Cuccia | HARRISBURG, PA  DEPUTY CLERK |
| Charles Day | |
| John / Jane Doe | CIVIL ACTION - LAW |
| Law Offices of Ferro & Cuccia | |
| | |
| **Defendants.** | |

### PLAINTIFF'S MOTION THAT PARAGRAPH 8
### OF THE DEFENDANTS' ANSWER BE DEEMED AN ADMISSION

MAY IT PLEASE THE COURT, the plaintiff, through counsel, respectfully moves this Court to deem paragraph 8 of the defendants' March 27, 2001 Answer to be an admission.

Respectfully submitted,

_____          _____
Craig T. Trebilcock                Richard B. Cook
Pa I.D. No. 48344                  Louisiana #21248
Associate Counsel for the Plaintiff   Counsel for the Plaintiff
100 East Market                    17 Jonathan's Court
PO Box 15012                       PO Box 411
York, PA 17405-7012                Hunt Valley, MD
717 846-8888                       410 683 9469

## LR 7.1 CERTIFICATE OF NONCONCURRENCE

Counsel for the plaintiff certify that on April 3, 2001, Mr. Cook spoke with Mr. Day, who indicated that the defendants do not concur in the filing of the appended motion.

                                Respectfully submitted,

| | |
|---|---|
| Craig T. Trebilcock | Richard B. Cook |
| Pa.I.D. No. 48344 | Louisiana #21248 |
| Associate Counsel for the Plaintiff | Counsel for the Plaintiff |
| 100 East Market | 17 Jonathan's Court |
| PO Box 15012 | PO Box 411 |
| York, PA 17405-7012 | Hunt Valley, MD |
| 717 846-8888 | 410 683 9469 |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on ___4/3/01___, a copy of the appended memorandum has been served on each named defendant by First Class Mail, postage pre-paid, to the following addresses:

Edward Cuccia
C/o Ferro & Cuccia
325 Broadway, Suite 505
New York, NY 10007

Charles Day, Esq.
C/o Ferro & Cuccia
325 Broadway, Suite 505
New York, NY 10007

Law Offices of Ferro & Cuccia
325 Broadway, Suite 505
New York, NY 10007

_____
SIGNATURE
Craig T. Trebilcock, Esq.