UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
---------------------------------------------------x
:
Yan Shao,            :           NOTICE OF APPEAL
    Plaintiff,    :
:           Docket No.: 1:00-CV-1901
-v-                  :           Judge Sylvia H. Rambo
:
Edward Cuccia, Charles Day,      :
John/Jane Doe, and Law Offices
Of Ferro & Cuccia,               :
    Defendants.   :
---------------------------------------------------x

      Notice is hereby given that Charles Day hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment finding in favor of the Plaintiff against Charles Day, the denial of the request to file an amended answer and the granting of summary judgment against all named defendants entered on the 7th of November 2001.

                                                Charles Day
                                                80-100 Tryon Place
                                                Jamaica, NY 11432
                                                (718) 969-4858

Dated: December 4, 2001
       Queens, NY

FILED
HARRISBURG, PA

DEC 0 5 2001

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Yan Shao
    Plaintiff

Case No: 1:00-CV-1901

Judge Sylvia H. Rambo

V.

Edward Cuccia, Charles Day,
John/Jane Doe, and Law Offices
of Ferro & Cuccia,

**FILED**
HARRISBURG, PA

Defendants

NOV 07 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment be and is hereby entered in favor of the Plaintiff, Yan Shao, and against the Defendant, Charles Day, in the amount of $78,015.00.

**IT IS FURTHER ORDERED** that summary judgment is entered in favor of the Plaintiff, Yan Shao, and against the Defendants, Edward Cuccia, Charles Day, John/Jane Doe, and Law Offices of Ferro & Cuccia, on the issue of liability.

**Date:** November 7, 2001         Mary E. D'Andrea, Clerk of Court

                                            **(By)** Mark J. Armbruster, Deputy Clerk

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                                       DISTRICT COURT NO. 1:00-cv-1901

   Yan Shao                                              CT. OF APPEALS NO. _____
          V.

   Edward Cuccia, et al.

NOTICE OF APPEAL FILED 12/5/01            COURT REPORTER(S)_____

FILING FEE:

NOTICE OF APPEAL _X__ PAID __ NOT PAID ___ SEAMAN

DOCKET FEE   _X__ PAID __ NOT PAID ___ USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
     (Attach Copy of Order)
__ MOTION GRANTED (IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
     (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge Sylvia H. Rambo                      Charles Day, Esquire
Craig T. Trebilcock, Esquire               Richard B. Cook, Esquire
Edward Cuccia, Esquire

PREPARED BY Shawna L. Cihak _____
                               Deputy Clerk

Date:__12/6/01_____



UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
Clerk of Court

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

Divisional Offices:

Harrisburg:   (717) 221-39.
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

**RE: Shao v. Cuccia, et al.**
    **USDC NO: 1:00-cv-1901**
    **USCA NO:**
    **E-mail Account: All correspondence should be sent to the e-mail account:**
    **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| _____ | **Civil Prisoner Case: Case file and docket sheet available through RACER.** |
| _____ | **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.** |
| __X__ | **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Civil Prisoner Case: \_\_\_\_\_ Supplemental Record filed.  Documents and docket sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** **\_\_\_\_\_ Supplemental Record filed.  Docket Sheet available through RACER.** |

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date: __12/6/01__