ORIGINAL

THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

| | |
|---|---|
| Yan SHAO<br><br>Plaintiff,<br><br>v.<br><br>Edward Cuccia<br>Charles Day<br>John / Jane Doe<br>Law Offices of Ferro & Cuccia<br><br>**Defendants.** | No. 1:00 CV 1901<br>(JUDGE Rambo)<br><br>FILED<br>HARRISBURG, PA<br><br>SEP 1 0 2002<br><br>MARY E. D'ANDREA, CLE<br>Per _____ Deputy Clerk<br><br>CIVIL ACTION - LAW |

MOTION TO COMPEL DISCOVERY IN AID OF EXECUTION

MAY IT PLEASE THE COURT, the plaintiff moves this Court to compel one P.J. Day to respond to interrogatories served upon her in aid of the execution of the Order of this Court. Alternatively, the plaintiff moves this Court to convene a hearing to determine whether P.J. Day shall be held in contempt of this Court for failure to provide responses to any of the interrogatories.

Respectfully submitted,

_____
Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
717 846-8888

_____
Richard B. Cook
Louisiana #21248
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
410 683 9469

1