(80)
9/26/02
MA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAN SHAO, : CIVIL NO. 1:CV-00-1901

        **Plaintiff** :

        v. :

EDWARD CUCCIA,
CHARLES DAY, JOHN/JANE DOE,
LAW OFFICES OF FERRO &
CUCCIA,

        **Defendants** :



FILED

SEP 2 6 2002

PER _____
HARRISBURG, PA   DEPUTY CLERK

## O R D E R

        Upon consideration of Plaintiff's motion to compel discovery in aid of execution, **IT IS HEREBY ORDERED THAT** no later than October 15, 2002, Charles Day, Esquire shall respond to the interrogatories served upon him on September 5, 2002. Failure to respond may result in a charge of contempt of court.

                                             SYLVIA H. RAMBO
                                         United States District Judge

Dated: September   26   , 2002.