ORIGINAL

THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

| | | |
|---|---|---|
| Yan SHAO | ) | No. 1:00 CV 1901 |
| | ) | (JUDGE Rambo) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Edward Cuccia | ) | |
| Charles Day | ) | |
| John / Jane Doe | ) | CIVIL ACTION - LAW |
| Law Offices of Ferro & Cuccia | ) | |
| | ) | |
| **Defendants.** | ) | |

FILED
HARRISBURG, PA
OCT 0 4 2002
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

REQUEST FOR CLARIFICATION OF THE COURT'S SEPT 26 2002 ORDER
WITH BRIEF INCORPORATED

MAY IT PLEASE THE COURT, the plaintiff respectfully requests the Court clarify the Order filed on Sept 26, 2002, in which the Court has ordered the defendant to respond by October 15 2002 to interrogatories served upon him on September 5, 2002.

STATEMENT OF FACTS

1. On September 5, 2002, counsel for the plaintiff forwarded to Mr. Charles Day a copy of the plaintiff's motion to compel discovery from one P J Day. Appended to the motion was a copy of interrogatories directed to P J Day.

1

2. On September 23, 2002, counsel for the plaintiff forwarded to Mr. Charles Day a copy of the plaintiff's motion to compel discovery from Mr. Charles Day. Appended to the motion was a copy of interrogatories directed to Mr. Charles Day.

WHEREFORE, because the September 5 2002 mailing to the defendant Mr. Charles Day contains interrogatories directed to another party (P J Day), counsel for the plaintiff respectfully requests the Court indicate whether the September 26 2002 Order is directed to PJ Day or whether the Court is directing the defendant Mr. Charles Day to answer interrogatories sent to him on Sept 23, 2002. The plaintiff of course has no objection if, in its sound discretion, the Court should determine PJ Day or Mr. Charles Day should receive a short extension of time beyond October 15 2002 in which to respond to the interrogatories.

Respectfully submitted,

| | |
|---|---|
| Craig T. Trebilcock | Richard B. Cook |
| Pa I.D. No. 48344 | Louisiana #21248 |
| Associate Counsel for the Plaintiff | Counsel for the Plaintiff |
| 100 East Market | 17 Jonathan's Court |
| PO Box 15012 | PO Box 411 |
| York, PA 17405-7012 | Hunt Valley, MD |
| 717 846-8888 | 410 683 9469 |

2

CERTIFICATE OF SERVICE

Undersigned counsel certifies that on October 1 2002, a copy of the appended Request for Clarification have been served upon the defendant by First Class Mail, postage pre-paid, to the following addresses:

Address provided by the New York State Court Administrator:

Charles Day, Esq.
80-100 Tryon Place
Jamaica, NY 11432

Address recently discovered by counsel for the plaintiff, via internet search:

Charles Day, Esq.
30 E. Broadway
New York, NY 10002

_____
Richard B. Cook