OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

_Harrisburg_      Clerk of District Court

(District)

Date ____10/11/02____

_Shao v. Cuccia_

(Caption)

C. of A. No. ____01-4327____

_Charles Day_

(Appellants)

_00-cv-1901_

(D.C. No.)

RECEIVED
HARRISBURG, PA

OCT 1 1 2002

MARY E. D'ANDREA, CLERK

Per _____

Enclosures:

____10/11/02____ Certified copy of C. of A. Order by the **Court**/Clerk

(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

____XXXXX____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
is recalled.

_Dana Moore_
Dana Moore      (267)-299-__4927__
Deputy Clerk      Telephone Number

Receipt Acknowledge:

_____

(Name)

_____

(Date)

_Rev. 3/13/00_
Appeals (Certified List in Lieu of Record)

N:\recrel.wpd

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

August 14, 2002
C-137

No. <u>01-4327</u>

YAN SHAO

vs.

EDWARD CUCCIA; JOHN/JANE DOE;
LAW OFFICES OF FERRO & CUCCIA; CHARLES DAY

CHARLES DAY, Appellant

(Middle District of Pennsylvania (Harrisburg) D.C. No. 00-cv-01901 SHR)

PRESENT:  SCIRICA, AMBRO and GREENBERG, <u>Circuit Judges</u>

(1)    Motion by Appellee Requesting that the Appeal be dismissed with Brief Incorporated.

(2)    Appellee's Motion that the Appeal be dismissed with Brief Incorporated treated as a supplement to the motion to dismiss.

(3)    Appellee's Third Motion that the Appeal be dismissed with Brief Incorporated treated as a second supplement to the motion to dismiss.

(4)    Motion by Appellee for Fees Pursuant to 28 USC 1927 and Rule 38 of the Federal Rules of Appellate Procedure with Brief Incorporated.

(5)    Appellee's Second Motion for Pursuant to 28 USA 1912, 28 USC 1927 and Rule 38 of Appellate Procedure with Brief Incorporated.

(6)    Appellee's Motion for Summary Disposition Pursuant to Local Rule 27.3 and for Fees <u>and</u> Additional Sanctions Pursuant to FRCP Rule 27.

Dana M. Moore       267-299-4927
Case Manager

_____ **O R D E R** _____

Appellee has filed several motions to dismiss in the above captioned appeal and has requested the imposition of monetary sanctions against appellant, Mr. Charles Day, Esq.

(Continued)

C-137
Page 2
Shao v. Cuccia
C.A. No. 01-4327

## ORDER

The motions were apparently served on appellant. Appellant who is proceeding pro se has failed to respond to any of the motions.

As appellant has failed to prosecute this appeal, abide by the Federal Rules of Appellate Procedure and the Third Circuit Local Appellate Rules, it is hereby ordered that the appeal is dismissed. The Court finds that appellant has unreasonably multiplied the proceedings in this matter and pursuant to 38 U.S.C. Section 1912 and under the Court's inherent authority to manage its docket and cases it is further ordered that monetary sanctions are imposed in the amount of $250.

A TRUE COPY:                                   By the Court,

ACTING CLERK                                   Circuit Judge

Dated:  October 11, 2002
DMM/cc:  Richard B. Cook, Esq.
         Craig T. Trebilcock, Esq.
         Charles Day, Esq.