ORIGINAL 2 to 4

THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

| | | |
|---|---|---|
| Yan SHAO | ) | No. 1:00 CV 1901 |
| | ) | (JUDGE Rambo) |
| plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Edward Cuccia | ) | |
| Charles Day | ) | |
| John / Jane Doe | ) | CIVIL ACTION - LAW |
| Law Offices of Ferro & Cuccia | ) | |
| | ) | |
| Defendants. | ) | |

FILED
HARRISBURG, PA

NOV 1 9 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

PLAINTIFF'S MOTION REQUESTING RELEASE OF MATERIALS RECEIVED
*IN CAMERA* FROM PAMELA DAY

MAY IT PLEASE THE COURT, the plaintiff respectfully requests this

Court forward to the plaintiff responses to asset interrogatories submitted to the

Court *in camera* pursuant to the Court's orders.

Respectfully submitted,

Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
717 846-8888

Richard B. Cook
Louisiana #21248
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
410 683 9469

THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

| | |
|---|---|
| Yan SHAO<br><br>plaintiff,<br><br>v.<br><br>Edward Cuccia<br>Charles Day<br>John / Jane Doe<br>Law Offices of Ferro & Cuccia<br><br><u>Defendants.</u> | No. 1:00 CV 1901<br>(JUDGE Rambo)<br><br><br><br><br><br>CIVIL ACTION - LAW |

ORDER

Having reviewed the foregoing, IT IS ORDERED that the *in camera* responses of Pamela Day shall be forwarded to counsel for the plaintiff.

_____
United States District Judge

LR 26.3 CERTIFICATION OF CONFERENCE TO RESOLVE OBJECTIONS

On November 5, 2002, the undersigned wrote to Ms. Pamela Day asking her to confirm whether she had made the *in camera* submission to the Court, by November 1, 2002 as ordered. No response to this letter has been received.

The undersigned certifies that on November 14, 2002, he called Mr. Charles Day at approximately 8:30 AM in order to discuss and resolve the plaintiff's wish to secure a copy of Ms. Pamela Day's *in camera* responses to the interrogatories submitted to her on August 1, 2002. The number called (718 969 4858) is believed to be a residence. This number rang as a fax machine. The undersigned then composed a letter asking for a return call and indicating the nature of the requested conference. This letter was faxed to the above cited number and also mailed to Mr. Day via first class mail to: Mr. Charles Day, Esq., 80-100 Tryon Pl., Jamaica, NY 11432.

The undersigned then called a number in Manhattan (212 274 8408), which is believed to be Mr. Day's business phone or message service. The undersigned was informed that neither Pamela Day nor Charles Day were then present but that this is the law office of both of them. A return telephone number and a request to be called was left.

_____
Richard B. Cook

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on November 15, 2002, a copy of the appended motion, order, and LR 26.3 certification have been served on Pamela Day and on the defendant by First Class Mail, postage pre-paid, to the following addresses:

Pamela Day
80-100 Tryon Place
Jamaica, NY 11432

Address provided by the New York State Court Administrator:

Charles Day, Esq.
80-100 Tryon Place
Jamaica, NY 11432

Address for Charles Day discovered by counsel for the plaintiff, via internet search:

Charles Day, Esq.
30 E. Broadway
New York, NY 10002

_____
Richard B. Cook