ORIGINAL

THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

| | | |
|---|---|---|
| Yan SHAO | ) | No. 1:00 CV 1901 |
| | ) | (JUDGE Rambo) |
| plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Edward Cuccia | ) | |
| Charles Day | ) | |
| John / Jane Doe | ) | CIVIL ACTION - LAW |
| Law Offices of Ferro & Cuccia | ) | |
| | ) | |
| Defendants. | ) | |

FILED
HARRISBURG, PA

NOV 1 9 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION REQUESTING RELEASE OF MATERIALS SUBMITTED *IN CAMERA* BY PAMELA DAY**

INTRODUCTION

On October 98, 2002, in an order signed by District Judge William W. Caldwell, Ms. Pamela Day was instructed to submit to the Court responses to asset interrogatories served upon her on August 1, 2002. The defendant and judgement creditor in this matter, Charles C. Day, has made answer to a separate set of asset interrogatories. Several of his answers are the subject of objections by the plaintiff and a motion seeking judicial supervision of his responses has been submitted this date to this Court. In addition to some of the answers objected to by the plaintiff, several of Mr. Day's responses indicate that the information sought from "PJ Day" are relevant to the execution of the judgement of this Court.

1

## PROCEDURAL HISTORY OF THE CASE

1. On November 7, 2001, this Court found Mr. Day had committed legal malpractice and ordered him to pay $78,016.00 to Ms. Yan Shao, the plaintiff.

2. Mr. Day filed a timely notice of appeal. No other submissions were made in furtherance of the appeal. The appeal has been dismissed.

3. On August 1, 2002, PJ Day was personally served with two sets of interrogatories, which she declined to answer.

4. Copies of similar asset interrogatories were sent to Mr. Day in September, 2002, both as exhibits attached to pleadings and via First Class mail on September 12, 2002.

5. On October 9, 2002, in an order signed by District Judge William W. Caldwell, this Court ordered Ms. Pamela ("P.J.") Day to respond in camera by November 1, 2002, to the asset interrogatories served upon her. The Court also ordered Charles Day to forward to the plaintiff his responses to similar interrogatories, which had been forwarded to him.

6. On November 12, 2002, Mr. Day forwarded to undersigned counsel his responses to the asset interrogatories (Please see appended Exhibit 1.)

## STATEMENT OF FACTS

1. On November 5, 2002, the undersigned wrote to Ms. P J Day asking her to confirm whether she had made the *in camera* submission to the

Court, by November 1, 2002 as ordered. No response to this letter has been received.

STATEMENT OF QUESTION INVOLVED

Whether the *in camera* submissions of Pamela (P J) Day may be made available to the plaintiff.

ARGUMENT

In his responses (appended Exhibit 1), Mr. Day has stated (item 7) that he is self employed and that (item 7a) his income "varies $200-$400 / week." Mr. Day has also implied (item 9) that he does not know the account number of an account at "Ridgewood Savings;" he stated the account number is "currently unknown." Mr. Day has also declined to provide the address of this institution or of "Citibank," where he also states he has an account. Mr. Day has stated (item 14) that the total value of property owned by him does not exceed $1,000 and (item 17) he does not know the name of the court or the docket number of a case which apparently resulted in a $10,000 judgement against him. Mr. Day has also stated (item 19) that his wife does not contribute to his or his household's support and maintenance.

The undersigned has discovered that Pamela ("PJ") Day is an attorney licensed to practice in New York State. (Please see appended Exhibit 2) This fact apparently was not made known to this Court when Ms. Day filed a pleading before this Court on or about October 2, 2002. The plaintiff asks the Court to note that the letterhead used by Ms. Day to write to the Clerk of this Court does not identify Ms. Day as a lawyer. Nor does the signature block on her pleading so

3

identify her. The Court is asked to note further that the defendant Charles Day served as a notary in connection with Ms. Pamela Day's pleading.

The plaintiff respectfully suggests that Ms Pamela Day should have acknowledged before this Court that she is an attorney, subject to a lawyer's unique professional obligations as an officer of the court, and in possession of a lawyer's specialized knowledge of substantive and procedural law. This absence of candor before this Court suggests that one or more of Ms. Day's *in camera* responses may be incomplete. For example, Mr. Day, has stated (appended Exhibit 1, interrogatory #19) that his wife contributes nothing to his household income. Inasmuch as Mr. Day also has stated (appended Exhibit 1, #7a) that his own income "varies" from $200 to $400 per week, his response to #19 is hard to believe.

Before seeking to initiate a costly effort to depose either Charles or Pamela Day, or to execute a judgement in New York State, the plaintiff wishes to review Pamela Day's responses to the asset interrogatories served upon her. WHEREFORE, the plaintiff respectfully requests the Court make this material available to her.

Respectfully submitted,

Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
717 846-8888

Richard B. Cook
Louisiana #21248
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
410 683 9469

THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

| | |
|---|---|
| Yan SHAO | No. 1:00 CV 1901 (JUDGE Rambo) |
| Plaintiff, | |
| v. | |
| Edward Cuccia<br>Charles Day<br>John / Jane Doe<br>Law Offices of Ferro & Cuccia | CIVIL ACTION - LAW |
| Defendants. | |

PLAINTIFFS' FIRST SET OF INTERROGATORIES IN AID OF
EXECUTION OF JUDGEMENT TO THE DEFENDANT CHARLES DAY

To:

CHARLES DAY
80-100 Tryon Place
Jamaica, NY 11432
718 969 4858

    Pursuant to Rule 69 and Rule 34 of the Federal Rules of Civil Procedure, the plaintiff requests the defendant answer the following interrogatories within 30 days of service of this pleading, by mailing a copy of the same to the undersigned at the address indicated below. Enclosed are two (2) copies of the Interrogatories and a stamped, self-addressed envelope for the return of responses to the Interrogatories.

    If you do not answer the attached questions within the time required, the opposing party may ask the Court to conduct a hearing in order to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

    You must answer each question giving complete answers, attaching additional pages if necessary. False or misleading answers may subject you to punishment by the

1

Court. Even if you dispute the judgment you must answer all of the attached questions.

Be sure to sign and date your answers.

Date: 9/12/02

Respectfully Submitted,

*[signature]*

Richard B. Cook (LA 21248, MD  )
Attorney for the Plaintiff
PO Box 411
Hunt Valley, MD 21030-0411
410/683-9469

## INTERROGATORIES IN AID OF EXECUTION OF JUDGEMENT

1. Full name: *Charles Day*

2. Address: *80-100 Tryon Pl., Jamaica NY 11432*

3. Birth Date: _____ ⎫
4. Social Security Number: _____ ⎬ *Objection*
5. Drivers' License Number and Expiration Date: *N.Y. 786603868; 9/1/07*

6. Telephone Number: *You already have all 3.*

7. Full Name and Address of Your Employer:
   *Self-employed*

   a. Your weekly salary: ~~Gross~~ _____ Net *varies $200 - $400/wk.*

   b. If not presently employed, name and address of last employer
   _____

8. If there is currently a wage execution on your salary (circle one):
   Yes  **(No)**

9. List the names, addresses and account numbers of all bank accounts on which your name appears:

a. Ridgewood Savings Bank account # currently unknown.
b. Citibank account 035-078414/0-65
c. _____

10. If you receive money from any of the following sources, list the amount, how often and the name and address of the source, using additional paper, if necessary;
Type

| | Amount & Frequency | Name & Address of Source |
|---|---|---|
| Alimony | 0 | |
| Loan Payments | 0 | |
| Rental Income | 0 | |
| Pensions | 0 | |
| Bank Accounts | 0 | |
| Stock Dividends | 0 | |

11. Do you receive social security benefits? (circle one)
   Yes
   (No)

12. Do you own property where you reside? (circle one)
   Yes
   (No)

If yes, state the following:

   a. Name of the owner or owners: _____

   b. Date property was purchased: _____

   c. Purchase price: _____

   d. Name and address of mortgage holder: _____

   e. Balance due on mortgage: _____

3


13. Do you own any other real estate? (circle one)


Yes
No (circled)

If yes, state the following for each property:

    a. Address of property: _____
    b. Date property was purchased: _____
    c. Purchase price: _____
    d. Name and address of all owners:

_____
_____
_____

    e. Name and address of mortgage holder: _____

    f. Balance due on. mortgage: _____

    g. Name and address of all tenants and monthly rental paid by each tenant:

        1. _____
        2. _____
        3. _____

14. Does the present value of your personal property which include automobiles, furniture, appliances, stocks, bonds, and cash on hand exceed $1,000.00? (circle one)


Yes
No (circled)

    and itemize all personal property owned by you (use additional paper, if necessary).

        Cash on Hand: $_____

        Other Personal Property (excluding Motor vehicles)

        Set forth make _____, model _____ & serial number _____.

If financing, the name and address of party to whom payments are made).
Item: _____
Date Purchased: _____
Purchase Price: _____
Is Finance Balance Still Due? _____
Present Value: _____


Set forth make _____, model _____ & serial number _____.

If financing, the name and address of party to whom payments are made).
Item: _____
Date Purchased: _____
Purchase Price: _____
Is Finance Balance Still Due? _____
Present Value: _____


Set forth make _____, model _____ & serial number _____.

If financing, the name and address of party to whom payments are made).
Item: _____
Date Purchased: _____
Purchase Price: _____
Is Finance Balance Still Due? _____
Present Value: _____


Set forth make _____, model _____ & serial number _____.

If financing, the name and address of party to whom payments are made).
Item: _____
Date Purchased: _____
Purchase Price: _____
Is Finance Balance Still Due? _____
Present Value: _____

Set forth make _____, model _____ & serial number _____.

If financing, the name and address of party to whom payments are made).
Item: _____
Date Purchased: _____
Purchase Price: _____
Is Finance Balance Still Due? _____
Present Value: _____

15. Do you own one or more motor vehicles? (circle one)
Yes
No  *(No is circled)*

If yes, state the following for each vehicle owned:

a. Make, model and year of motor vehicle: _____
b. If there is a lien on the motor vehicle, state the name and address of the lien holder, and the amount due to the lien holder:
_____
c. State where Licensed and License plate: _____
d. Vehicle identification number: _____

Set forth make _____, model _____ & serial number _____.

If financing, the name and address of party to whom payments are made).
Item: _____
Date Purchased: _____
Purchase Price: _____
Is Finance Balance Still Due? _____
Present Value: _____

Set forth make _____, model _____ & serial number _____.

If financing, the name and address of party to whom payments are made).
Item: _____
Date Purchased: _____

Purchase Price: _____
Is Finance Balance Still Due? _____
Present Value: _____

16. Do you own a business? (circle one)

    Yes
    No

    If yes, state the following:

    a. Name and address of the business:
       _Solo practitioner — see #7_

    b. Is the business a Corporation, sole proprietorship, or partnership? _See 7_

    c. The name and address of all stockholders, officers, and/or partners (use separate paper, if necessary):
       _See 7_

    d. The amount of income received by you from the business during the last twelve months: $_____

17. Set forth all other judgments that you are aware of that have been entered against you and include partners (use separate paper, if necessary):

| Creditor's Name | Creditor's Attorney | Amount Due | Name of Court | Docket |
|---|---|---|---|---|
| Joseph Chiaramonte | unk. | 10,000 | unk. | unk. |
| | | | | |
| | | | | |

18. Please state the name and address of your wife.
    _Object_

19. Does your wife contribute to the support and maintenance of yourself and/or of your

7

household?

*No*

20. Please state the name and address of your wife's employer.

*Object, not a party to the action.*

21. Please state the amount of your wife's annual income.

*Object, not a party*

22. Please state whether your wife owns any real estate? (circle one)
    Yes
    No   *Object, not a party to the action*
If yes, state the following for each property:
   b. Address of property: _____
      b. Date property was purchased: _____
      c. Purchase price: _____
      d. Name and address of all owners:

   _____
   _____
   _____

   e. Name and address of mortgage holder: _____

   f. Balance due on mortgage: _____

   g. Name and address of all tenants and monthly rental paid by each tenant:
      4. _____
      5. _____
      6. _____

8

23. Does the present value of your wife's personal property which include automobiles, furniture, appliances, stocks, bonds, and cash on hand exceed $1,000.00? (circle one)

Yes
No    *Objection, not a party to the action*

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing interrogatories have been served upon the pro se defendant by first class mail this ~~17th~~ 12th day of ~~July~~ Sep, 2002.

_____
Richard B. Cook

9



# New York State Attorney Inquiry

| Registration Number | First Name | Middle Name | Last Name | Firm Name | Street | Street | City | State | Zip | Phone Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 2745255 | PAMELA | J | DAY | LAW OFFICE OF JUSTINE CUCCIA | 325 BROADWAY | LOBBY | NEW YORK | NY | 10007 | (212) 964-4666 |

Information on this site has been provided by the attorneys listed. Every effort has been made to ensure the information contained on this site is up-to-date and accurate. However, listing does not imply that the attorney is in good standing. If a name is not found, please try again with a different spelling. The user, by clicking the Find Attorney! button on the prior page acknowleges that the Unified Court has no express or implied liability from the use of such information. The fact that the attorney's name does not appear does not necessarily mean there is no such attorney in New York State. For further information contact the New York State Office of Court Administration, Attorney Registration Unit (212) 428-2800.

New York State Office of Court Administration