*to cv a Financial*

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Harrisburg__   Clerk of District Court        Date __12/12/02__
(District)

__Shao v. Cuccia__                              C. of A. No. __01-4327__
(Caption)

__Charles Day__
(Appellants)

__00-cv-1901__  *J. Rambo*
(D.C. No.)

RECEIVED
DEC 16 2002
PER _____
HARRISBURG, PA.    DEPUTY CLERK

Enclosures:

__12/12/02__ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

__XXXXX__  Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
is recalled.

*Dana M. Moore*
__Dana M. Moore__     (267)-299-__4927__
Deputy Clerk        Telephone Number

Receipt Acknowledge:
__G Chrie__
(Name)
__12/16/02__
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

N:\recrel.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 14, 2002

No. 01-4327

YAN SHAO

vs.

EDWARD CUCCIA; JOHN/JANE DOE;
LAW OFFICES OF FERRO & CUCCIA; CHARLES DAY

CHARLES DAY, Appellant
(Middle District of Pennsylvania (Harrisburg) D.C. No. 00-cv-01901 SHR)

PRESENT:   SCIRICA, AMBRO and GREENBERG, Circuit Judges

1. Appellee's Application for Fees Pursuant to Local Rule 108.0, 28 USC 1912, 28 USC 1927, Rule 38 of the Federal Rules of Appellate Procedure, with a Statement of Authorities Incorporated and with Statements Appended of Service Rendered and Time Expended, including the Computed Fee of $9,180.00.

2. Appellant's Opposition to Appellee's Application for Fees Pursuant to Local Rule 108.0, 28 U.S.C. 1912, 28 USC 1927.

3. Appellee's Response to Appellant's Objections to her Motion for Fees.

Dana Moore, Case Manager
267-299-4927

See Panel C-137

FILED
HARRISBURG, PA
DEC 16 2002
MARY E. D'ANDREA, CLE[RK]
Per _____ Deputy Clerk

_____ORDER_____

The foregoing application is granted to the extent of $2,115 (the Court's approximation of Appellee's counsel's services in dealing with non-fee related matters on this appeal).

A True Copy:

Marcia M. Waldron,
Clerk

By the Court,

Circuit Judge

**Dated:**  December 12, 2002
DMM/cc:  Richard B. Cook, Esq.
         Craig T. Trebilcock, Esq.
         Charles Day, Esq.