

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAN SHAO,

    **Plaintiff**

v.

CHARLES DAY,

    **Defendant**

CIVIL NO.1:CV-00-1901

FILED
JAN 1 5 2003
PER _____
HARRISBURG, PA  DEPUTY CLERK

## O R D E R

**IT IS HEREBY ORDERED THAT:**

1) The January 21, 2003 hearing scheduled in this court in the captioned matter, in which Charles Day and Pamela J. Day have been directed to show cause why they should not be held in contempt of court, is **rescheduled** to Wednesday, January 22, 2003 at 10:00 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) The Clerk of Court shall send a copy of this order to counsel for Plaintiff by regular mail and to Charles Day and Pamela J. Day by certified and regular mail.

3) The Clerk of Court shall serve this order on Ms. Pamela J. Day at both 80-100 Tryon Place, Jamaica, NY 11432 and the Law Office of Justine Cuccia, 325 Broadway, New York, NY 10007.

4) Failure of Charles Day and/or Pamela J. Day to appear on January 22, 2003 will result in the issuance of a warrant for arrest.

                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: January 15, 2003.