97

1-16-03
MA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAN SHAO,              :   CIVIL NO.1:CV-00-1901

      **Plaintiff**    :

    v.             :

CHARLES DAY,           :

      **Defendant**    :

**ORDER**

FILED

JAN 1 6 2003

PER_____ MA
HARRISBURG, PA  DEPUTY CLERK

On January 15, 2003, this court issued an order moving the January 21, 2003 contempt hearing to January 22, 2003. Subsequent to the issuance of that order, Defendant Charles Day contacted the Clerk of Court to request that another date for the hearing be set. Plaintiff's counsel has agreed to the rescheduling of this matter. Accordingly, **IT IS HEREBY ORDERED THAT:**

1) The January 22, 2003 hearing scheduled in this court in the captioned matter, in which Charles Day and Pamela J. Day have been directed to show cause why they should not be held in contempt of court, is **rescheduled** to Tuesday, January 28, 2003 at 10:00 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) The Clerk of Court shall send a copy of this order to counsel for Plaintiff by regular mail and to Charles Day and Pamela J. Day by certified and regular mail.

3) The Clerk of Court shall serve this order on Ms. Pamela J. Day at both 80-100 Tryon Place, Jamaica, NY 11432 and the Law Office of Justine Cuccia, 325 Broadway, New York, NY 10007.

4) Failure of Charles Day and/or Pamela J. Day to appear on January 28, 2003 will result in the issuance of a warrant for arrest.

SYLVIA H. RAMBO
United States District Judge

Dated: January *16* , 2003.

2