cc: Court, MFK, MJA

(98)

1-28-03
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Yan Shao**                                    CASE NO. 1:00-CV-1901
                    V.
**Charles Day**                                 DATE: January 28th, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Contempt Hearing

Time Commenced: 10:55 AM                        Time Terminated: 12:20 PM

**Plaintiff's Counsel:**                        **Defendant's Counsel:**

Richard Cook, Esq.                              Charles Day, Pro Se
                                                Pamela Day, Pro Se

FILED
JAN 2 8 2003
PER_____
HARRISBURG, PA  DEPUTY CLERK

| Plaintiff's Witnesses: | **Examined By:** Dir    Cross | Defendant's Witnesses: | **Examined By:** Dir    Cross |
|---|---|---|---|

**Remarks**: Court opens with plaintiff's counsel, defendant and Pamela Day present; Judge summarizes proceeding. Charles Day is sworn and takes the witness stand. Defendant addresses answers to interrogatories not previously submitted; Cook questions Defendant; Court directs Defendant to supply addresses of the banks he has accounts with; Court directs that the defendant provide address and work information of his wife; Court grants leave to plaintiff to collect responses to interrogatories by Pamela Day; Pamela Day is sworn, takes the witness stand and addresses court. Court advises Cook that he may schedule a deposition of Pamela Day rather than her answer the interrogatories; Cook address the court re. motions to be filed today. Court will take the matter under further consideration.

Courtroom Deputy:   Mark J. Armbruster                        Court Reporter: Vicki Fox