Case No: 1:00-cv-1901   Document No: 95,   1 Cop

Charles Day
80-100 Tryon Place
Jamaica, NY 11432



FINAL NOTICE

NAME
1st Notice
2nd Notice
Return

FILED
HARRISBURG, PA
JAN 28 2003
MARY E. D'ANDREA, CLERK
Per

CERTIFIED MAIL
7001 1940 0002 2179 8576

UNCLAIMED

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS