2 to cut
w/propO

(101)
1/29/03
nfy

THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

Yan SHAO ) No. 1:00 CV 1901
) (JUDGE Rambo)
)
Plaintiff, )
)
v. )
)
Edward Cuccia )
Charles Day )
John / Jane Doe ) CIVIL ACTION - LAW
Law Offices of Ferro & Cuccia )
)
)
Defendants. )

FILED
JAN 2 8 2003
PER____MA
HARRISBURG, PA. DEPUTY CLERK

PLAINTIFF'S MOTION THAT THIS COURT DEFER DECISION OF ITS RULING
ON THE COURT'S DECEMBER 30 2002 SHOW CAUSE ORDER UNTIL THE
COURT HAS CONSIDERED THE PLAINTIFF'S MOTION SEEKING
SANCTIONS AGAINST CHARLES DAY AND PAMELA DAY

The plaintiff respectfully moves this Court to defer its decision as to the

sanctioning of either Charles Day and/or Pamela Day until these parties have

had an opportunity to be heard in response to the plaintiff's motion for sanctions.

Respectfully submitted,

_____
Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
717 846-8888

_____
Richard B. Cook
Louisiana #21248
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
410 683 9469

## LR 7.1 CERTIFICATE OF NONCONCURRENCE

Undersigned counsel for the plaintiff certifies that the preceding motions have been served upon Charles Day and upon Pamela Day but that no concurrence prior to their filing has been obtained. On January 15, 2003, the undersigned called Mr. Day at 212 274 8408 and confirmed this was his answering service. The undersigned left his number but no return call has been received. On January 23, 2003 an attorney, Harold Herman, called the undersigned and indicated that he represented Mr. Day in the interest of seeking a settlement of the plaintiff's claims, but not for purposes of representing either Charles Day or Pamela Day before this court.

Respectfully submitted,

Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
717 846-8888

Richard B. Cook
Louisiana #21248
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
410 683 9469

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on January 28, 20-02, a copy of each of the appended motions has been served upon Charles Day and upon Pamela Day:

✓ by personal delivery

\_\_\_\_\_ by First Class Mail, postage pre-paid, to the following addresses:

Charles Day, Esq.
80-100 Tryon Place
Jamaica, NY 11432

Charles Day, Esq.
30 E. Broadway
New York, NY 10002

Pamela Day, Esq.
80-100 Tryon Place
Jamaica, NY 11432

_____
Richard B. Cook