Judge Sylvia H. Rambo

**EXHIBIT LIST**    1:00-CV-1901

Shao v. Cuccia, et al.

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|-----------|-----------|---------------------|------------|-------|--------|---------|
| 1 | | Affidavit of Cook | 1-28-03 | | | Charles Day |
| 2 | | New York State Attorney Inquiry printout from internet | 1-28-03 | | | Charles Day |
| | 1 | 2002 Form 1098 | 1-28-03 | | | Charles Day |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FILED

JAN 2 8 2003

PER
HARRISBURG, PA  DEPUTY CLERK

106
2/4/03
MR

1