

JUDGE'S COPY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED
HARRISBURG, PA

FEB 06 2003

MARY E. D'ANDREA, CLERK
Per _____

7001 1940 0001 2179 8673

UNCLAIMED

NAME _____
1st Notice __/__
2nd Notice __/__
Return __/__

01-15-03
HARRISBURG
PA

neopost
$4.20
U.S. POSTAGE
METER
9303941

Charles Day
80-100 Tryon Place
Jamaica, NY  11432


          Re: 1:00-cv-01901

          ------------------------------------



          ------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

JUDICIAL OFFICERS:                          CLERK'S OFFICE ADDRESS:

Chief Judge Thomas I. Vanaskie              U.S. District Court
Judge A. Richard Caputo                     235 N. Washington Ave.
Judge James M. Munley                       P.O. Box 1148
Judge William J. Nealon                     Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blewitt
Magistrate Judge Malachy E. Mannion

-------------------------------------------------------------------------
Judge Yvette Kane                           U.S. District Court
Judge Christopher C. Conner                 228 Walnut Street
Judge Sylvia H. Rambo                       P.O. Box 983
Judge William W. Caldwell                   Harrisburg, PA  17108

Magistrate Judge J. Andrew Smyser
-------------------------------------------------------------------------
Judge John E. Jones III                     U.S. District Court
Judge Malcolm Muir                          240 West Third Street
Judge James F. McClure Jr.                  Suite 218
                                            Williamsport, PA  17701

Pamela J. Day
80-100 Tryon Place
Jamaica, NY  11432


        Re: 1:00-cv-01901

        ------------------------------




        ------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

JUDICIAL OFFICERS:                        CLERK'S OFFICE ADDRESS:

Chief Judge Thomas I. Vanaskie            U.S. District Court
Judge A. Richard Caputo                   235 N. Washington Ave.
Judge James M. Munley                     P.O. Box 1148
Judge William J. Nealon                   Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blewitt
Magistrate Judge Malachy E. Mannion

--------------------------------------------------------------------
Judge Yvette Kane                         U.S. District Court
Judge Christopher C. Conner               228 Walnut Street
Judge Sylvia H. Rambo                     P.O. Box 983
Judge William W. Caldwell                 Harrisburg, PA  17108

Magistrate Judge J. Andrew Smyser
--------------------------------------------------------------------
Judge John E. Jones III                   U.S. District Court
Judge Malcolm Muir                        240 West Third Street
Judge James F. McClure Jr.                Suite 218
                                          Williamsport, PA  17701

(96)

1-15-03
MA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAN SHAO ,                              :       CIVIL NO.1:CV-00-1901

        **Plaintiff**                :

    v.                               :

CHARLES DAY,                            :

        **Defendant**               :



FILED

JAN 1 5 2003

PER
HARRISBURG, PA · DEPUTY CLERK

## O R D E R

**IT IS HEREBY ORDERED THAT**:

    1) The January 21, 2003 hearing scheduled in this court in the captioned matter, in which Charles Day and Pamela J. Day have been directed to show cause why they should not be held in contempt of court, is **rescheduled** to Wednesday, January 22, 2003 at 10:00 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    2) The Clerk of Court shall send a copy of this order to counsel for Plaintiff by regular mail and to Charles Day and Pamela J. Day by certified and regular mail.

    3) The Clerk of Court shall serve this order on Ms. Pamela J. Day at both 80-100 Tryon Place, Jamaica, NY 11432 and the Law Office of Justine Cuccia, 325 Broadway, New York, NY 10007.

4) Failure of Charles Day and/or Pamela J. Day to appear on January 22, 2003 will result in the issuance of a warrant for arrest.

SYLVIA H. RAMBO
United States District Judge

Dated: January *15* , 2003.

2