THE UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Harrisburg, PA

Yan SHAO )    No. 1:00 CV 1901
) (JUDGE Rambo)
)
Plaintiff, )
)
v. )                   FILED
)               HARRISBURG, PA
Edward Cuccia )
Charles Day )                FEB 1 9 2003
John / Jane Doe )
Law Offices of Ferro & Cuccia )   CIVIL ACTION - LAW
)
Defendants. )

**MOTION THAT DEFENDANT SHALL BE DEEMED NOT TO OPPOSE THE PLAINTIFF'S MOTIONS SERVED UPON HIM ON JANUARY 28, 2003 WITH BRIEF INCORPORATED**

MAY IT PLEASE THE COURT, Local Rule 7.6 of this Court states in pertinent part that a respondent "shall" file a responsive brief within 15 days of service of a motion and that "any respondent who fails to comply shall be deemed not to oppose such motion."

STATEMENT OF MATERIAL FACTS

1. On January 28 2003, the plaintiff's counsel served upon the defendant Mr. Day three motions. These motions (1) move this court to stay any orders following the January 28 show cause hearing until the plaintiff's own motion for sanctions has been considered (2) move this court for

1

sanctions and (3) move this court to retain supervisory powers over the parties until the parties comply with all of the orders of this Court.

2. Mr. Day has not filed a timely answer to these motions.

STATEMENT OF QUESTIONS PRESENTED

Whether Mr. Day, by filing no timely response, shall be deemed not to oppose the plaintiff's January 28 2003 motions.

ARGUMENT

Based upon the above cited facts, Mr. Day is not in compliance with Local Rule 7.6.

WHEREFORE, the plaintiff respectfully moves this Court to RULE that Mr. Day is deemed not to oppose the plaintiff's January 28, 2003 motions.

Respectfully submitted,

Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
717 846-8888

Richard B. Cook
Louisiana #21248
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
410 683 9469

2

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on February 13, 2003, a copy of the appended motion, order, and certificate of non-concurrence have been served on the defendant by First Class Mail, postage pre-paid, to the following address, and separately upon Pamela Day, postage pre-paid, to the following address:

Charles Day, Esq.
80-100 Tryon Place
Jamaica, NY 11432

Pamela Day, Esq
80-100 Tryon Place
Jamaica, NY 11432

_____
Richard B. Cook

## LR 7.1 CERTIFICATE OF NONCONCURRENCE

Undersigned counsel for the plaintiff certifies that the preceding motion has been served upon Charles Day but that no concurrence to its filing has been obtained. On February 11, 2003, the undersigned called Mr. Day at 212 274 8408 and confirmed that this was his answering service. The undersigned left his number but no return call has been received. The undersigned also called Mr. Day at a number believed to be his residence and left a message at that number as well. On February 12, 2003, the undersigned also called Harold Herman, Esq., who indicated he did not represent Mr. Day before this Court.

Respectfully submitted,

Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
717 846-8888

Richard B. Cook
Louisiana #21248
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
410 683 9469