1-00-cv-1901

## STATEMENT OF COSTS
### RE PREPARATION OF JAN 28 2003 MOTION FOR SANCTIONS, and ATTENDANCE AT JANUARY 28 2003 SHOW CAUSE HEARING

| DATE | ACTIVITY | HOURS X $150.00 / hr |
|---|---|---|
| Jan 9 03 | Prepare cross examination questions for Jan 21 [28] 03 contempt hearing; 1 set for P Day, I set for C Day | 1.4 |
| Jan 12 03 | Research motion for Sanctions | 2.5 |
| Jan 12 03 | Prelim draft of motion | 1.0 |
| Jan 12 03 | Prelim draft of brief in supt Of motion for sanctions | 2.5 |
| Jan 23 03 | Call to H Herman, Esq | .1 |
| Jan 23 03 | Letter to C Day's lawyer Harold Herman | .2 |
| Jan 23 03 | Final draft of sanctions motion | .5 |
| Jan 23 03 | Final draft of brief in support of sanctions | 2.5 |
| Jan 28 03 | Travel to/from court in Harrisburg | 3.0 |
| Jan 28 03 | Attendance in court 10 AM - 12:30 PM | 2.5 |
| TOTAL | | 16.2 X $150 = $2,430 |

FILED
MAR 21 2003
MARY E. D'ANDREA, CLERK
PER ___ HBG, PA DEPUTY CLERK

## DECLARATION

I submit this declaration pursuant to 28 U.S.C. 1746.

1. My name is Richard B. Cook.

2. I am counsel for plaintiff in <u>Yan Shao v. Charles Day</u> (<u>Shao v. Cuccia et al</u>), 1 CV-00-1901.

3. The appended statement of costs is submitted pursuant to the court's March 17 2003 Order.

4. I certify the appended statement represents actual time expended as stated and the hourly rate has been accepted by the court in an earlier submitted statement of costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 19, 2003__.

_____
Signature

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on March 19 2003, a copy of the appended submission was served on the defendant by First Class Mail, postage pre-paid, to the following address, and separately upon Pamela Day, postage pre-paid, to the following address:

Charles Day, Esq.
80-100 Tryon Place
Jamaica, NY 11432

Pamela Day, Esq
80-100 Tryon Place
Jamaica, NY 11432

_____
Richard B. Cook

*Licensed in Maryland
And Louisiana*

*Licensed in Hawaii
(inactive)*

# Richard B. Cook
**Attorney and Counselor at Law**
PO Box 411
Hunt Valley, MD 21030
410 683 9469

March 19, 2003

Mary E. D'Andrea, Clerk of Court
Office of the Clerk
United States District Court
U.S. Courthouse
228 Walnut Street, Rm 1060
PO Box 983
Harrisburg, PA 17108-0983

Re: <u>Yan Shao v. Cuccia</u>, et al, 1:00 - CV - 1901

Dear Ms. D'Andrea,

    You will find enclosed a statement of costs, which is being submitted pursuant to the court's march 17 2003 Order

    Please place these material before the Court.

    Thank you for your attention to this matter.

Sincerely,

Richard B. Cook

Cc: the *pro se* defendant, Mr. Charles Day
    Ms. Pamela Day