UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN SHAO, | : | **CIVIL NO. 1:00-CV-1901** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| EDWARD CUCCIA, PAMELA J. DAY, and CHARLES DAY, | : | |
| Defendants | : | |

**ORDER**

    **IT IS ORDERED** that the judgment and all sanctions in this case shall be fully satisfied by June 2, 2003.

    **IT IS ORDERED** that a settlement conference will be held on April 22, 2003, at 3:00 p.m., in Chambers, Room 1110, Eleventh Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Counsel and the parties shall attend.

    **IT IS ORDERED** that each party shall file a report on or before April 8, 2003 stating the status of the collection of information as to the defendant's assets that may be subject to levy.

                                              */s/ J. Andrew Smyser*
                                                J. Andrew Smyser
                                                Magistrate Judge

Dated: March 25, 2003.