UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN SHAO, | : | **CIVIL NO. 1:00-CV-1901** |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| EDWARD CUCCIA, PAMELA J. DAY, | : | |
| and CHARLES DAY, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 31st day of March, 2003, **IT IS HEREBY ORDERED** that each party's status report required by the Order of March 25, 2003 may be filed under seal without service on opposing parties, at the discretion of each filing party.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated:   March 31, 2003.