FILED
HARRISBURG, PA

MAR 3 1 2003

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

# THE UNITED STATES DISTRICT COURT
## Middle District of Pennsylvania
## Harrisburg, PA

| | | |
|---|---|---|
| Yan SHAO | ) | No. 1:00 CV 1901 |
| | ) | (JUDGE Rambo) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Edward Cuccia | ) | |
| Charles Day | ) | |
| John / Jane Doe | ) | CIVIL ACTION  - LAW |
| Law Offices of Ferro & Cuccia | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO COMPEL DISCOVERY IN AID OF EXECUTION

MAY IT PLEASE THE COURT, the plaintiff moves this Court to compel

Charles Day, the defendant and judgement debtor, to provide responses to the

appended discovery documents.

Respectfully submitted,

_____          _____
Craig T. Trebilcock                       Richard B. Cook
Pa I.D. No. 48344                         Licensed in Maryland
Associate Counsel for the Plaintiff       Counsel for the Plaintiff
100 East Market                           17 Jonathan's Court
PO Box 15012                              PO Box 411
York, PA 17405-7012                       Hunt Valley, MD
717 846-8888                              410 683 9469

1