**THE UNITED STATES DISTRICT COURT**
**Middle District of Pennsylvania**
**Harrisburg, PA**

| | | |
|---|---|---|
| **Yan SHAO** | ) | **No.  1:00 CV 1901** |
| | ) | **(JUDGE Rambo)** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Edward Cuccia** | ) | |
| **Charles Day** | ) | |
| **John / Jane Doe** | ) | **CIVIL ACTION  - LAW** |
| **Law Offices of Ferro & Cuccia** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

ORDER

Having reviewed the foregoing, it is ordered that Mr. Charles Day, provide responses to the Request for Documents and the Request for Admissions forwarded to him on January 6, 2003.

---

Sylvia H. Rambo
United States District Judge

1