| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*) \| B. Date of Delivery 3/28/03 <br> C. Signature <br> X ☐ Agent ☐ Addressee <br> D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Pamela J. Day<br>80-100 Tryon Place<br>Jamaica, NY 11432 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(Transfer from servic_   7001 1140 0000 9829 6974 | |

PS Form 3811, March 2001          Domestic Return Receipt          102595-01-M-1424

FILED
HARRISBURG, PA

APR 01 2003

MARY E. D'ANDREA, CLERK
Per

1-00-CV-1901