UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN SHAO, | : | **CIVIL NO. 1:00-CV-1901** |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| EDWARD CUCCIA, PAMELA J. DAY, | : | |
| and CHARLES DAY, | : | |
| | : | |
| Defendants | : | |

<u>**ORDER**</u>

In view of the scheduling of the investiture ceremony for Bankruptcy Judge Mary D. France, **IT IS ORDERED** that the settlement conference scheduled for April 22, 2003, at 3:00 p.m. is **RESCHEDULED** to April 29, 2003, at 3:00 p.m.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  April 3, 2003.