UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------------------------------------- X
Yan SHAO                                        :

        Plaintiff,                      :          00 CIV 1901
                                                          (Judge Rambo)
      -against -                               :

Edward Cuccia,
Charles Day,
John / Jane Doe,          :
Law Offices of Ferro & Cuccia

        Defendants.                   :
------------------------------------------------------------- X

**FILED**
**HARRISBURG**

APR 1 4 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION FOR CLARIFICATION

     Pamela J. Day, a non-party to the within action, requests clarification of the court's

orders dated March 25, 2003, and March 31, 2003.

     The captions of the orders dated March 25, 2003, and March 31, 2003, indicate that

Pamela J. Day is a defendant in the Civil Action before this court, Index Number 00 CV 1901.

However, ***Pamela J. Day has never been a party to any action before this court.***  Pamela J. Day

respectfully requests that the captions to said orders be corrected to reflect this.  Additionally,

Pamela J. Day respectfully requests her name not be included as a defendant in the caption of

any papers pertaining to Civil Action, Index Number 00 CV 1901, as she is not a party to that

action.

     It is respectfully submitted that because Pamela J. Day is not a party to Civil Action,

Index Number 00 CV 1901, the orders dated March 25, 2003 and March31, 2003, do not apply

to her.  Pamela J. Day respectfully requests that she not be required to attend the settlement

conference scheduled for April 22, 2003, nor be required to file status reports with the court.

WHEREFORE, Pamela J. Day requests clarification of the court's orders dated March 25, 2003, and March 31, 2003, and for such other and further relief as this court deems just and proper.

Respectfully submitted,

Pamela J. Day
80-100 Tryon Place
Jamaica, NY 11432
(718) 969-4858

3046 Dupont Street South
Gulfport, FL 33707
(727) 344-7347

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on April 10, 2003, a copy or the appended Motion for Clarification has been served on the plaintiff by First Class Mail, postage pre-paid, to the following addresses:

Richard B. Cook
P.O. Box 411
Hunt Valley, MD 21030

Craig T. Trebelcock
100 East Market
P.O. Box 15012
York, PA 17405-7012

Charles C. Day