UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------------------------------------ X
Yan SHAO                                          :

               Plaintiff,                 :          00 CIV 1901
                                    (Judge Rambo)

        -against -                       :
                                    (Magistrate Judge Smyser)
Edward Cuccia,
Charles Day,
John / Jane Doe,          :
Law Offices of Ferro & Cuccia

                      :

               Defendants.
------------------------------------------------------------ X

## CERTIFICATION OF REQUEST FOR CONCURRENCE PURSUANT TO LOCAL RULE 7.20

     Pamela J. Day, hereby certifies she was unable to obtain concurrence of Plaintiff's counsel prior to making the within motion.  That on April 3, 2003, she telephoned counsel for Plaintiff regarding same, but that counsel for Plaintiff could not be reached.

                               Respectfully submitted,

                               *Pamela J Day*

                               Pamela J. Day
                               80-100 Tryon Place
                               Jamaica, NY 11432
                               (718) 969-4858

                               3046 Dupont Street South
                               Gulfport, FL 33707
                               (727) 344-7347