UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN SHAO, | : | **CIVIL NO. 1:00-CV-1901** |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| CHARLES DAY, | : | **FILED** |
| | : | HARRISBURG, PA |
| Defendant | : | |

APR 1 7 2003

**ORDER**

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

    **IT IS ORDERED**, upon consideration of the Motion for Clarification (Doc. 126), filed April 14, 2003, that the captions of the Orders of March 25, 2003 and March 31, 2003 shall be amended by deleting therefrom the name of Pamela J. Day. The name of Pamela J. Day shall not be included in a caption in this case as a party, unless by further Order of the Court.

    As observed by Pamela J. Day in her Motion, as an individual not a party to this action she is not required to attend a settlement conference or to file a status report.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  April 17, 2003.