```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


YAN SHAO,                          :    CIVIL NO. 1:00-CV-1901
                                   :
          Plaintiff                :    (Judge Rambo)
                                   :
     v.                            :    (Magistrate Judge Smyser)
                                   :
CHARLES DAY,                       :
                                   :
          Defendant                :
```

## ORDER

   **IT IS ORDERED** that the plaintiff's unopposed motion to compel discovery, filed March 31, 2003 (Docs. 119, 120) is **GRANTED.**

   **IT IS ORDERED** that the defendant shall provide responses meeting the requirements of the Federal Rule of Civil Procedure to the appended discovery documents to the plaintiff's attorney on or before June 3, 2003.


                                     /s/ J. Andrew Smyser
                                       J. Andrew Smyser
                                       Magistrate Judge

Dated:  April 30, 2003.