IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**YAN SHAO ,**               :   **CIVIL NO.1:CV-00-1901**
                             :
       **Plaintiff**   :
                             :
   **v.**                   :
                             :
**CHARLES DAY,**             :
                             :
       **Defendant**   :

## <u>O R D E R</u>

**IT IS HEREBY ORDERED THAT** this court's order issued May 22, 2003, is amended at page 5, last sentence of the second full paragraph, to read: "Thus, the court will order Ms. Day to pay *$500* to Plaintiff as a sanction for this prohibited motion practice." In all other respects, the order remains unaltered.

                                              s/Sylvia H. Rambo
                                              Sylvia H. Rambo
                                              United States District Judge

Dated: May 27, 2003.