**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

OFFICIAL USE

7001 1940 0001 2179 9719

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Pamela Ray
Street, Apt. No.; or PO Box No.: 3046 Dupont St. S.
City, State, ZIP+4: Gulfport, FL 33707

PS Form 3800, January 2001          See Reverse for Instructions