UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN SHAO, | : | **CIVIL NO. 1:00-CV-1901** |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| CHARLES DAY, | : | |
| | : | |
| Defendant | : | |

**ORDER**

By Order of March 17, 2003, this magistrate judge was appointed:

(A)   To oversee collection of information as to Defendant's assets which may be subject to levy;

(B)   To convene a settlement conference between the parties; and

(C)   To establish a deadline by which the judgment and all sanctions in this matter shall be fully satisfied.

The Order also established a ninety day deadline for the magistrate judge to provide the Court with a report and recommendation regarding whether there remain any outstanding issues in this case and the disposition of the matter.  The Court's deadline therefore is June 16, 2003.

A settlement conference was held on April 27, 2003.  A settlement agreement between the plaintiff and defendant Charles Day was reached, providing for a settlement to be finalized by June 2, 2003 if the defendant is able to pay the agreed amount by that date.[1]  A deadline of June 2, 2003 for the satisfaction of judgment and all sanctions was set by Order of March 25, 2003.  There are no outstanding discovery motions.[2]

On or before June 9, 2003, the parties shall show cause, if any cause appears to any party, why it should not be recommended to the Court by the undersigned magistrate judge that the case be closed.  In the absence of a showing, it will be recommended to the Court on or about June 10, 2003 that the case be closed.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated:  June 3, 2003.

---

[1] A failure on the part of defendant Day to pay the agreed amount on or before June 2, 2003 terminates the agreement of the plaintiff to accept an amount less than the amount of the judgment.

[2] The Order of April 30, 2003 (Doc. 132) requires certain outstanding discovery to be completed by June 3, 2003.