

ORIGINAL

2 to cy

THE UNITED STATES DISTRICT COURT
**Middle District of Pennsylvania**
**Harrisburg, PA**

| | | |
|---|---|---|
| Yan SHAO | ) | No. 1:00 CV 1901 |
| | ) | (JUDGE Rambo) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Edward Cuccia | ) | |
| Charles Day | ) | |
| John / Jane Doe | ) | CIVIL ACTION - LAW |
| Law Offices of Ferro & Cuccia | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**FILED**
JUN 11 2003
MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLE

PLAINTIFF'S MOTION THAT CHARLES DAY BE HELD IN CONTEMPT

MAY IT PLEASE THE COURT, the plaintiff moves the Court to find

Charles Day has acted contemptuously towards the Court and has injured the

plaintiff by his misconduct. The plaintiff moves the court to impose sanctions

pursuant to violations of (1) Rule 37 of the Federal Rules of Civil Procedure, (2)

28 U.S.C.A. § 1927, (3) Local Rule 83.23.1 and (4) the powers inherent in a

district court to manage the court's business.

Respectfully submitted,

_____
Craig T. Trebilcock
Pa I.D. No. 48344
Associate Counsel for the Plaintiff
100 East Market
PO Box 15012
York, PA 17405-7012
    717 846-8888

_____
Richard B. Cook
Licensed in Maryland
Counsel for the Plaintiff
17 Jonathan's Court
PO Box 411
Hunt Valley, MD
    410 683 9469

1

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on June 9, 2003, a copy of the appended motion has been served on the defendant by First Class Mail, postage pre-paid,  to the following address

Charles C. Day, Esq
30 E. Broadway
NYC 10002
212 274 8408

The undersigned called Mr. Day on June 8, 2003 and was told by him that his old address in Jamaica, NY  was no longer a good address for him, as he has moved out of that residence.

_____
Richard B. Cook