**THE UNITED STATES DISTRICT COURT**
**Middle District of Pennsylvania**
**Harrisburg, PA**

| | |
|---|---|
| Yan SHAO | )     No.  1:00 CV 1901 |
| | )     (JUDGE Rambo) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Edward Cuccia | ) |
| Charles Day | ) |
| John / Jane Doe | )     CIVIL ACTION  - LAW |
| Law Offices of Ferro & Cuccia | ) |
| | ) |
| | ) |
| Defendants. | ) |

ORDER

Having reviewed the foregoing motion, it is herewith ORDERED, that

Charles Day's conduct before this Court, as specified, by the plaintiff, is

subject to sanction pursuant to the authorities cited. Therefore, Mr. Day shall be

sanctioned as follows:

_____ In addition to judgements and assessments already taxed to him,

Charles Day shall pay to the plaintiff the total amount specified in the statement

of post-judgement fees appended to the plaintiff's motion, and

_____ Charles Day shall within 30 days of the filing of this order, present

himself for professional counseling, as specified below. Pursuant to said

counseling a report shall be forwarded *in camera* to this Court. The court hereby

refers Mr. Day as follows:

2

_____

_____

_____

Done and ordered this _____ day of _____ 2003.

_____
Judge Sylvia H. Rambo
United Stated District Judge