IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YAN SHAO ,** | **CIVIL NO.1:CV-00-1901** |
|     **Plaintiff** | |
|     v. | |
| **CHARLES DAY,** | |
|     **Defendant** | |

## O R D E R

**IT IS HEREBY ORDERED THAT**:

(1) a Rule is issued against Charles Day to show cause why:

    (A) he should not be held in contempt of court for failure to pay assessments levied in this court, specifically the court's order of March 17, 2003 in which the court ordered Mr. Day to pay $2,430 in attorney's fees for his violations of Rule 11 of the Federal Rules of Civil Procedure. *See Shao v. Day*, No. 1: CV-00-1901, order (M.D. Pa. Mar. 17, 2003) (ordering Day to pay Shao's attorney's fees and expenses); *see also id.*, Plaintiff's bill of costs (M.D. Pa. Mar. 21, 2003); and

    (B) he should not be held in contempt for failure to comply with Magistrate Judge Smyser's order of April 30, 2003. *See id.*, order (M.D. Pa. Apr. 30, 2003) (granting as unopposed Shao's motion for discovery);

    (2) Charles Day shall appear before this court on Friday, June 27, 2003, at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania to show cause why he should not be held in contempt of court.  Failure to appear at that time, date, and place will result in the issuance of a warrant for arrest.

                                                      s/Sylvia H. Rambo
                                                      Sylvia H. Rambo
                                                       United States District Judge

Dated: June 12, 2003.