IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

**Yan Shao**

        vs.                     CASE NUMBER: 1:00-CV-1901

**Charles Day**

TYPE OF CASE: Civil

TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date and time set forth below:

Place:  U.S. District Court  
         Courtroom #3  
         228 Walnut Street  
         8th Floor, Federal Building  
         Harrisburg, PA. 17101

**Date and Time: July 11th, 2003 @ 10:00 AM**

Type of Proceeding: Contempt Hearing

Date:  June 26, 2003                        /s/ Mark J. Armbruster  
                                                        By: Mark J. Armbruster, Deputy Clerk

CC:    Judge Sylvia H. Rambo  
         Richard Cook, Esq.  
         Charles Day, Esq. Pro-Se