U.S. POSTAGE
$4.20
METER 9503941

No appade

05-77-03
PA

FILED
HARRISBURG, PA

JUL - 7 2003

MARY E. D'ANDREA, CLERK
Per

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

7001 1940 0001 2179 97

RETURNED TO SENDER

UNCLAIMED

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

Case No: 1:00-cv-01901-SHR-JAS    Document No: 134, User: ma, 1 Copy Printed: May, 27, 2003  03:49 PM


Pamela Day
3046 Dupont Street South
Gulfport, Florida 33707

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN SHAO , | : | CIVIL NO.1:CV-00-1901 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES DAY, | : | |
| Defendant | : | |

## O R D E R

   **IT IS HEREBY ORDERED THAT** this court's order issued May 22, 2003, is amended at page 5, last sentence of the second full paragraph, to read: "Thus, the court will order Ms. Day to pay *$500* to Plaintiff as a sanction for this prohibited motion practice." In all other respects, the order remains unaltered.


         s/Sylvia H. Rambo
         Sylvia H. Rambo
         United States District Judge

Dated:  May 27, 2003.