IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YAN SHAO ,** | : | **CIVIL NO.1:CV-00-1901** |
| **Plaintiff** | : | |
| **v.** | : | |
| **CHARLES DAY,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW THIS** 11th day of July, 2003, after hearing on the court's
show cause order of June 12, 2003, Defendant is deemed to be in contempt of
paragraph 1(A) of said order.  Defendant is committed of the custody of the United
States Marshall Service until such time as he shall comply with production of the
following:

(A) The statement of the balance in following bank accounts:

(1) Ridgewood Savings, account no. 60000040505;

(2) Citi Bank Savings, account no. 035-0784140-65; and

(3) HSBC, account no. 717047598;

(B) An accounting of Defendant's income 2001, 2002, and 2003 to date;
and

(C) Any and all financial or legal documentation regarding any new
business which Defendant professes to be starting up, including, but not
limited to, any loan documents pertaining to said business venture, bank
accounts, or any other document relating in any way to such enterprise;

(D) Production of all of these documents is due no later than July 25,
2003.  The documents shall be produced to both Plaintiff's counsel and
the court.

Commitment is **DEFERRED** until July 31, 2003.  Failure to comply with the dictates of this order will result in an for Defendant's arrest.

          s/ Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge

Dated:  July 11, 2003.