**U.S. Postal Service**
# CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To *Charles Day*

Street, Apt. No.; or PO Box No. *11-13 Doyers St.*

City, State, ZIP+4 *NY, NY. 10013*

PS Form 3800, January 2001    See Reverse for Instructions