IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YAN SHAO,** : | **CIVIL NO. 1:CV-00-1901** |
|     **Plaintiff** : | |
| : | |
|     v. : | |
| : | |
| **EDWARD CUCCIA, CHARLES DAY, JOHN/JANE DOE, LAW OFFICES OF FERRO & CUCCIA,** : | |
| : | |
|     **Defendants** : | |

# O R D E R

The background of this order is as follows. On October 2, 2003, Plaintiff filed a response to Defendant Charles Day's submissions of discovery materials. In her response, Plaintiff noted that despite Mr. Day's extraordinary delay in providing the discovery materials, she accepts the responses. Consequently, Plaintiff stated that she no longer requires the court's supervision in securing recovery from Mr. Day for the judgments and other assessments levied by this court.

In addition to Plaintiff's response to Mr. Day's submissions, Plaintiff requested the court to rule on Plaintiff's June 11, 2003 motion for sanctions. While the court realizes that sanctions may be warranted, the court concludes that in the interest of preserving judicial resources, the case should be closed. Plaintiff now has sufficient information to proceed against Mr. Day in an attempt to satisfy her judgment. Accordingly, **IT IS HEREBY ORDERED THAT**:

    1) Plaintiff's June 11, 2003 Motion That Charles Day Be Held in Contempt is **DENIED**.

      2) The Clerk of Court shall close the file.

                                              s/Sylvia H. Rambo
                                              Sylvia H. Rambo
                                              United States District Judge

Dated: October 3, 2003.